ALONZO A. EDERLIN, Respondent, *v.* JAMES JUDGE, Appellant.

*Practice—Pleading—Joinder of Actions.*—A cause of action founded upon a contract cannot be united in the same count with a cause of action founded upon an injury to property.

*Appeal from the St. Charles Circuit Court.*

*E. A. Lewis*, for appellant.

I. The court erred in overruling the demurrer and the

motion in arrest of judgment. A claim for breach of contract cannot be joined with one for injuries to property. In this case, the two transactions are as much disconnected as would be an assault and battery committed by a landlord upon his tenant, from a breach of the terms of his lease.— R. C. 1855, p. 128, § 2, & p. 1231, § 6.

HOLMES, Judge, delivered the opinion of the court.

The petition united, in the same count, a cause of action founded on a contract under a lease, with a cause of action founded on an injury done to the property of the plaintiff. A demurrer for this cause was overruled, and there was a trial and verdict for the plaintiff. The defendant moved in arrest for the same cause, and the case came up by appeal.

The statute is express that such causes of action cannot be united in the same petition (R. C. 1855, p. 1228, § 2) ; and it is a good ground of demurrer (*ibid.* p. 1231, § 6).

Judgment reversed and cause remanded, with leave to file an amended petition.

Judge Wagner concurs; Judge Lovelace absent.